**Electronically Filed**
**Supreme Court**
**SCWC-29603**
**29-APR-2011**
**10:53 AM**

SCWC-29603

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KENNETH MATHISON, Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29603; CR. NO. 93-473)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner/Plaintiff-Appellant's application for writ

of certiorari filed on March 17, 2011, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 29, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



Kenneth W. Mathison,
petitioner/plaintiff-appellant
pro se on the application



[1]Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy and McKenna,
JJ.